UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK CAIN,
   Plaintiff,

No. 1:07-cv-543

-v-

HONORABLE PAUL L. MALONEY

MICHIGAN DEPARTMENT OF CORRECTIONS,
   Defendant.

## JUDGMENT

Having granted Defendants' motion for summary judgment and having dismissed all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 1, 2011        /s/ Paul L. Maloney
                    Paul L. Maloney
                    Chief United States District Judge